```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18074
   JOHNNY D FLORES
   MINERVA L FLORES                          CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6839      SSN XXX-XX-1686

-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was confirmed 02/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   37.06%.

     The case was converted to chapter 7 after confirmation 02/23/2009.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------
HARRIS NA                  CURRENT MORTG         .00          .00           .00
HARRIS NA                  SECURED VEHIC     6831.69       290.85       1995.95
WORLD SAVINGS AND LOAN A   CURRENT MORTG         .00          .00           .00
AMERICAN EXPRESS CENTURI   UNSECURED        1576.08          .00           .00
ECAST SETTLEMENT CORP      UNSECURED       16722.47          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       14090.92          .00           .00
B-REAL LLC                 UNSECURED        2027.96          .00           .00
CHASE BANK USA             UNSECURED        6218.68          .00           .00
CHASE BANK USA             UNSECURED        8398.06          .00           .00
PRA RECEIVABLES MGMT       UNSECURED        2672.20          .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED        7896.00          .00           .00
ECAST SETTLEMENT CORP      UNSECURED        1008.58          .00           .00
HARRIS NA                  UNSECURED        1496.65          .00           .00
MEADOWS CREDIT UNION       UNSECURED        6769.77          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         863.73          .00           .00
ECAST SETTLEMENT CORP      UNSECURED        5602.33          .00           .00
KENNETH J CHAPMAN          DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                      177.40
DEBTOR REFUND              REFUND                                       189.40

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                2,653.60

PRIORITY                                              .00
SECURED                                          1,995.95
    INTEREST                                       290.85
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               177.40

                   PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18074 JOHNNY D FLORES & MINERVA L FLORES
```

```
DEBTOR REFUND                                                     189.40
                                        ---------------   ---------------
TOTALS                                         2,653.60          2,653.60
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/26/09                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE